# MAISCO

50571 State Road 13
Middlebury, IN 46540
(574)825-9607   Fax (574)825-7212

# Estimate

| Date | Estimate # |
|---|---|
| 8/28/2024 | 1428 |

**Name / Address**

Eash Farms
Jerry Eash
2150 W Perry Road
Ligonier, IN 46767

**Project**

| Description | Qty | U/M | Cost | Total |
|---|---|---|---|---|
| Tie, Tower Step ,25-1/4 Inch | 2 | | 45.724 | 91.45 |
| Tie, tower Bottom, 15-3/4 Inch | 2 | | 22.0685 | 44.14 |
| Lindsay Linkage Kit | 3 | | 48.875 | 146.63 |
| NEXT TO LAST 10-WIRE ZIMMATIC | 1 | ea | 661.22355 | 661.22 |
| Int-std 10 Wire Tower Box | 1 | | 405.674 | 405.67 |
| Coupler Half 6-5/8 X 7-1/2 | 8 | | 60.628 | 485.02 |
| Gasket Boot 6-5/8 X 7-1/2 | 4 | | 80.39586 | 321.58 |
| JOINT 6-5/8 PIVOT END W/ OUTLET | 2 | | 948.75 | 1,897.50 |
| Joint, Twr End, 6-5/8 W/ Anchor | 2 | | 835.1875 | 1,670.38 |
| COUPLER 6-5/8 SWIVEL MOUNT | 2 | ea | 488.75 | 977.50 |
| Ring, 6-5/8, Alignment | 2 | | 287.339 | 574.68 |
| Plug, drain, 20-75 Psi, red | 3 | | 6.4285 | 19.29 |
| KIT BOLT  6-5/8" ALIGNMENT RING & BOOT COUPLER HARDWARE | 2 | ea | 13.57 | 27.14 |
| ALIGN PIN / WASHER AND COTTER PIN | 2 | ea | 30.475 | 60.95 |
| Zimmatic Basebeam | 2 | | 1,264.9655 | 2,529.93 |
| 50:1 SHORT SHAFT SUPER SERIES GEARBOX NON TOW | 4 | | 707.25 | 2,829.00 |
| 3/4 HP 40:1  43 RPM HELICAL CENTERDRIVE ZIMM | 2 | ea | 747.50 | 1,495.00 |
| ASSM 14.9-24 FIRESTONE ND W/TUBE 2.00 OFFSET | 4 | | 1,054.688 | 4,218.75 |
| Standard Drive Shaft Shield Package | 4 | | 42.9295 | 171.72 |
| 7/8 Square Drive Shaft--60.12' | 4 | | 52.2675 | 209.07 |
| Kta Ultra Hd Flex Joint w/ rod 7/8' | 8 | ea | 21.5165 | 172.13 |
| Kta Drive Unit Hardware8 5/8 S | 2 | | 183.2525 | 366.51 |
| Sub Total | | | | 29,765.76 |
| OVERHANG | | | | |
| Joint, Last Tower W/sand Trap | 1 | | 514.349 | 514.35 |
| Leg, Oh, Wanch Jt, 84 Inch | 2 | | 181.3895 | 362.78 |
| Tie, Oh, Half, 58 Inch | 2 | | 79.051 | 158.10 |
| Zimmatic Light Assembly, Last Tower | 1 | | 230.046 | 230.05 |

**Total**

Customer Signature

# MAISCO

50571 State Road 13  
Middlebury, IN 46540  
(574)825-9607   Fax (574)825-7212

# Estimate

| Date | Estimate # |
|---|---|
| 8/28/2024 | 1428 |

**Name / Address**

Eash Farms  
Jerry Eash  
2150 W Perry Road  
Ligonier, IN 46767

**Project**

| Description | Qty | U/M | Cost | Total |
|---|---|---|---|---|
| Eash Farms - Pivot damage repair estimate | | | | |
| NOTE: This is a good faith estimate, based on damage known at this time. This estimate does not include any unknown or unexpected damage to spans that remain in a mature corn crop. | | | | |
| SPAN | | | | |
| 44' Zimmatic 6 5/8 Pipe | 9 | | 4,625.3805 | 41,628.42 |
| Brace, Truss, 63-1/2 Inch Small | 16 | | 131.307 | 2,100.91 |
| Brace, Truss, 81-1/4 Inch Med | 16 | | 128.041 | 2,048.66 |
| Brace, Truss, 97-3/4 Inch Large | 16 | | 97.244 | 1,555.90 |
| Brace, Truss, 101-3/4 X Lg | 8 | | 108.1115 | 864.89 |
| Tie, Truss, 62-1/2 Inch Small | 4 | | 45.5285 | 182.11 |
| Tie, Truss, 95-1/2 Inch Med | 4 | | 77.7285 | 310.91 |
| Tie, Truss, 123-1/2 Large | 4 | | 91.977 | 367.91 |
| Tie, Truss, 129-1/2 X Lg | 2 | | 69.046 | 138.09 |
| Anchor,rod,2 Piece,w/o Holes, Inner Socket | 32 | | 6.509 | 208.29 |
| Anchor, Rod, 2 Pc Outer Socket | 32 | | 7.3945 | 236.62 |
| Span Wire 10 AWG 11 Cond | 370 | | 9.27073 | 3,430.17 |
| Rod,truss,headed,3/4 Inch,glav. | 32 | | 63.572 | 2,034.30 |
| Gusset, 6-5/8 Inch | 14 | | 46.6785 | 653.50 |
| Kit, Hdwre, 6 5/8, 179' Span, Carriage Rod Pocket Bolts | 2 | | 316.25 | 632.50 |
| Sub Total | | | | 56,393.18 |
| TOWERS | | | | |
| Clamp Upper, 6-5/8 Inch Saddle ************* | 3 | | 44.0565 | 132.17 |
| Clamp, Lower, 6-5/8 Inch Saddle | 3 | | 208.5065 | 625.52 |
| Tower Leg | 12 | | 497.7085 | 5,972.50 |
| Stabilizer Angles | 6 | | 566.145 | 3,396.87 |
| Elc Wr Power Cable-4 conductor - Tower Box to Motor Cable | 40 | | 3.611 | 144.44 |
| Tie, Tower Stabilizer 36 3/4 | 4 | | 29.7505 | 119.00 |

**Total**

Customer Signature

Page 1

# MAISCO

50571 State Road 13
Middlebury, IN 46540
(574)825-9607   Fax (574)825-7212

# Estimate

| Date | Estimate # |
|---|---|
| 8/28/2024 | 1428 |

**Name / Address**

Eash Farms
Jerry Eash
2150 W Perry Road
Ligonier, IN 46767

Project

| Description | Qty | U/M | Cost | Total |
|---|---|---|---|---|
| Cap,sand-trap,5-9/16,galv. | 1 | | 88.1935 | 88.19 |
| 5 Inch Ringlock Clmp (travis) | 1 | | 25.967 | 25.97 |
| 5 Inch Roundback Gasket | 1 | | 5.382 | 5.38 |
| Spk Nz Spray nz #10 Orf .156 | 1 | | 8.533 | 8.53 |
| 44' Zimmatic 6 5/8 Pipe | 1 | | 4,625.3805 | 4,625.38 |
| BRACKET,DROP CABLE, TIE DOWN | 2 | ea | 43.94668 | 87.89 |
| Cable,o.h., 22' & 44' Drop X 10' 9 | 2 | | 41.28385 | 82.57 |
| 82' 5' red ends | 2 | | 368.52555 | 737.05 |
| Bracket, Tieback, Cable | 2 | | 9.522 | 19.04 |
| CLAMP, CABLE, 3/8" | 2 | ea | 5.65455 | 11.31 |
| PANEL,CTRL BOOSTER PUMP(REPLACES Z1179449) | 1 | ea | 1,121.25 | 1,121.25 |
| Nelson Sr 100 End Gun | 1 | | 1,883.1135 | 1,883.11 |
| Hse Wt Poly Pipe 2.83 Od- 2.5 id X 36' lg | 1 | | 281.865 | 281.87 |
| 2 Hp Booster Pump | 1 | | 2,244.179 | 2,244.18 |
| 2 Inch Aquamatic 90deg | 1 | | 730.296 | 730.30 |
| Kta Hardware For B.p.plumb. Mo | 1 | | 586.8105 | 586.81 |
| Z0382036 PLATE, OVERHANG TRUSS | 1 | | 86.25 | 86.25 |
| Sprinkler Package | 1 | | 6,325.00 | 6,325.00 |
| Cost of Freight-in for Parts | | | 3,500.00 | 3,500.00 |
| Labor - Indiana | | | 12,500.00 | 12,500.00 |

**Total**  $122,374.30

Customer Signature

Page 3

57C01-2503-PL-000015
Filed: 3/20/2025 3:53 PM
Clerk
USDC IN/ND case 1:25-cv-00186-HAB-ALT   document 3-1   filed 03/20/25   page 4 of 4
Noble Circuit Court
Noble County, Indiana

**MAISCO**
50571 State Road 13
Middlebury, IN 46540
Phone: 574-825-9607
Fax: 574-825-7212

# Ancillary Proposal

Proposal Date: 8/14/2024
Proposal #: 1427
P.O. NO.

**Bill To:**
Eash Farms
Jerry Eash
2150 W Perry Road
Ligonier, IN 46767

| Description | Qty | U/M | Subtotal |
|---|---|---|---|
| Jerry Eash Proposal 24-0051JE3<br>(1) 1296' Model 7000 Conventional 8 Pivot<br>Consisting of:<br>ALL Galvanized Materials<br>(1) Conventional 8 Pivot Point w/Flex and Ladder<br>(1) ICON 5 Panel w/ E.G. Auto-Test switch w/Pressure Transducer<br>(7) 180'-6 5/8" Span 7000 Series - STD Profile<br>(1) 36' Overhang 7000 Series<br>(14) Tires - 14.9 x 24 High Float w/ Tube non directional<br>(1) Nelson SR100 Endgun w/ 2 HP Booster Pump<br>1296' Senninger Xcel-Wobbler UP3 Sprinklers w/ PSI Regulators<br>(1) Running light<br>(1) High Voltage Surge Protection<br>(1) End of Field Stop w/ Auto Reverse (includes 2 barricades)<br><br>Pivots - Freight In<br>Labor IN. - Pivot Installation and Disassemble and remove debris<br>IN - Pivot Surveying | | | |
| | | Total | $141,457.61 |

We Propose hereby to furnish material and labor - complete in accordance with the specifications, for the sum stated above. Payment to be made as follows:

DOWN PAYMENT: _____        REMAINING BALANCE DUE UPON DELIVERY

FOR US TO SCHEDULE DELIVERY, WE NEED LEASE APPROVAL OR A LETTER OF COMMITMENT FROM YOUR BANK

Accepted by Customer: _____ (Customer Name)

By: _____ (Authorized Buyer)

The foregoing terms and conditions are being confirmed to you and constitute Maisco, Inc. ("Maisco") acceptance of the purchase order, work order and/or purchase described above. Only the foregoing terms and conditions and the terms and conditions of this confirmation will govern the agreements between you and Maisco. No other terms or conditions contained on the purchase order, work order, purchase request or any other agreement or document, and no oral promises, representations, warranties, or agreements shall supercede the terms or conditions of this confirmation nor shall they modify or amend the terms and conditions of this confirmation nor shall they form part of the agreement between Maisco and you, the customer. Additional terms and conditions on back.

Acceptance of Proposal - The above prices, specifications and conditions are satisfactory and are hereby accepted by MAISCO Inc..

MAISCO, LLC, Authorized Signature_____ Date _____