UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JME EASH FARMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: 1:25-cv-186-HAB-SLC |
| RYDER INTEGRATED LOGISTICS, INC., | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT
<u>OF JME EASH FARMS, INC.</u>**

Pursuant to and compliant with FRCP 7.1 and General Order 2023-06, Plaintiff, JME Eash Farms, Inc., by and through counsel, states that JME Eash Farms, Inc. is wholly owned by Jerry Eash. No additional disclosures are required under General Order 2023-06 or the Federal Rules of Civil Procedure.

Respectfully submitted this 28th day of April, 2025.

s/ *Andrew J. Chabot*
**BOTKIN & HALL, LLP**
Andrew J. Chabot (#34537-71)
achabot@bhlawyers.net
1003 N. Hickory Road
South Bend, IN 46615
Tel: (574) 234-3900
Fax: (574) 236-2839
*Attorneys for Plaintiff JME Eash Farms, Inc.*