# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JME EASH FARMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:25-cv-186-HAB-SLC |
| | ) |
| RYDER INTEGRATED LOGISTICS, INC., | ) |
| | ) |
| Defendant. | ) |

## AMENDED CORPORATE DISCLOSURE STATEMENT OF JME EASH FARMS, INC.

Pursuant to FRCP 7.1 and General Order 2023-06, Plaintiff, JME Eash Farms, Inc. (a non-governmental corporate party), by and through counsel, states that:

1. JME Eash Farms, Inc. ("JME") is wholly owned by Jerry Eash and is not owned by other publicly held corporation.

2. No publicly held corporation or entity has a direct financial interest in the outcome of this litigation.

3. There are no publicly held corporations owning 10% or more of its stock.

4. Plaintiff knows of no insurance carrier that "may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense."

5. Patricia Yoder ("Yoder") is the owner and landlord of certain real estate located at 2150 W. Perry Road, Ligonier, IN 46767 ("Property"). This Property is rented to JME by Yoder. JME has been designated Attorney-in-Fact by Yoder, in a Limited Power of Attorney, for the purpose of this litigation.

6. JME is not a publicly held corporation or publicly held entity.

7. The basis for state jurisdiction is asserted by Plaintiff JME Eash Farms in the instant case (JME Eash Farms, Inv. v. Ryder Integrated Logistics, Inc., 57C01-2503-PL-000015) arising out of Ryder's trespass on Eash Farms' property and damages arising therefrom. Plaintiff does not dispute the basis for federal diversity jurisdiction. Defendant and Plaintiff are citizens of different states and the property in dispute is worth more than $75,000.

8. No additional disclosures are required under General Order 2023-06 or the Federal Rules of Civil Procedure.

Respectfully submitted this 2nd day of May, 2025.

> *s/ Andrew J. Chabot*
> **BOTKIN & HALL, LLP**
> Andrew J. Chabot (#34537-71)
> achabot@bhlawyers.net
> 1003 N. Hickory Road
> South Bend, IN 46615
> Tel: (574) 234-3900
> Fax: (574) 236-2839
> ***Attorneys for Plaintiff JME Eash Farms, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2025, I electronically filed and served the foregoing document using the Court's electronic filing system (CM/ECF).

Alyson M. Fosnot
KOPKA PINKUS DOLIN PC
amfosnot@kopkalaw.com

> *s/Andrew J. Chabot*
> Andrew J. Chabot (34537-71)