IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JME EASH FARMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CAUSE NO: 1:25-CV-00186-HAB-SLC |
| | ) | |
| RYDER INTEGRATED LOGISTICS INC., | ) ) | |
| | ) | |
| Defendant. | | |

## MOTION TO WITHDRAW APPEARANCE

Come now Alyson M. Fosnot and Kopka Pinkus Dolin and for their Motion to Withdraw Appearance pursuant to USDC N.D. Ind. L.R. 83-8, states as follows:

1. On April 7, 2025, the undersigned counsel filed her Appearance in this matter on behalf of Defendant Ryder Integrated Logistics.

2. On August 21, 2025, Thomas Ehrhardt entered his Appearance on behalf of Defendant.

3. As Defendant is adequately represented by Thomas Ehrhardt, the undersigned counsel seeks leave of this Court to withdraw as counsel for Defendant.

4. This motion will not serve to prejudice Defendant as its interests will be protected by Thomas S. Ehrhardt.

WHEREFORE, Alyson M. Fosnot and Kopka Pinkus Dolin respectfully requests that this Honorable Court grant their Motion to Withdraw, and for all other just and proper relief.

1

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:    /s/Alyson M. Fosnot
       Alyson M. Fosnot (#35270-29)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN 46307
Tel: 219-794-1888
Fax: 219-794-1892
Email: amfosnot@kopkalaw.com

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies on the 5th day of September 2025, a true and correct copy of the foregoing was electronically served upon the following using the Court's CM/ECF system:

| Andrew Chabot, <br> BOTKIN & HALL LLP <br> achabot@bhlawyers.net <br> *Counsel for Plaintiff* | Thomas S. Ehrhardt <br> Quintairos, Prieto, Wood & Boyer, P.A. <br> 9111 Broadway, Ste. RR#2 <br> Merrillville, IN  46410 <br> Thomas.ehrhardt@qpwblaw.com <br> *Counsel for Defendants* |
|---|---|

      *s/Alyson M. Fosnot*
      Alyson M. Fosnot