# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| JME EASH FARMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CAUSE NO: 1:25-CV-00186-HAB-ALT |
| ) | |
| RYDER INTEGRATED LOGISTICS, INC., ) | |
| ) | |
| ) | |
| Defendant. | |

## CERTIFICATION OF ATTORNEY FEES
## UNDER TRIAL RULE 37

Pursuant to Trial Rule 37, Plaintiff, JME Eash Farms ("Eash"), appears by counsel and moves the Court for an order of sanctions against Defendant, Ryder System Inc. ("Ryder"), stating in support as follows:

1. On September 18, 2025, Plaintiff filed its Brief in Support of Motion to Compel, 10 days after Defendant's deadline as established by the Trial Rules.
2. On October 1, 2025, Defendant filed an Answer to this Motion to Compel, asserting that they were missing the file from their previous law firm.
3. On October 3, 2025, Plaintiff filed a Reply to Defendant's Response.
4. On October 14, 2025, this Court held a hearing on the Motion to Compel.
5. At the October 14th hearing, the Court indicated that it had questions for lead counsel, who was unavailable.
6. The Court also considered whether Plaintiff might have been quick to file the Motion to Compel.
7. After consideration, the Court indicated that the Defendant had not offered any argument as to why the Motion to Compel was unnecessary and granted Plaintiff's Motion to Compel.
8. The Court gave Defendant until October 31 to serve their discovery responses.
9. The Court ordered Plaintiff to file any Certification of Attorney Fees under Trial Rule 37 on or before November 7, 2025.

10. Fed. R. Civ. P. 37(D)(3) states, "the court must require the party failing to act, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust."
11. Defendant has presented nothing to indicate that the failure was substantially justified and nothing was presented showing the award of expenses is unjust.
12. Plaintiff respectfully states to the Court that this Motion was entirely necessary and appropriate under the circumstances. See also Motion to Amend Scheduling Order, filed November 7, 2025.
13. Plaintiff's Attorney has incurred fees totaling $4,949.00, in pursuing the Motion to Compel. These costs are detailed on the attached *Exhibit A*.
14. Plaintiff's Attorney, by his signature below, attests and warrants that the attached *Exhibit A* is a true and accurate reflection of the applicable fees.

Respectfully submitted this 7th day of November, 2025.

s/ *Andrew J. Chabot*
Andrew J. Chabot (#34537-71)
achabot@bhlawyers.net
Michael D. Marston (#26875-71)
mmarston@bhlawyers.net
**BOTKIN & HALL, LLP**
1003 N. Hickory Road
South Bend, IN 46615
Tel: (574) 234-3900
Fax: (574) 236-2839
*Attorneys for Plaintiff, JME Eash Farms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certifies that on the 7th day of November, 2025, I electronically filed the foregoing via the Case Management/Electronic Case Filing System (CM/EFS). I further certify that on the date referenced herein, the foregoing document was served upon all parties of record via the CM/EFS

Thomas S. Ehrhardt
thomas.ehrhardt@qpwblaw.com
Charles F. Albrecht
Charles.albrecht@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

s/ *Andrew J. Chabot*
Andrew J. Chabot (#34537-71)