# EXHIBIT A

Detail of Attorneys' Fees

# EXHIBIT A
**Detail of Costs**

## Botkin & Hall, LLC

| Trans No. | Date | Matter ID | Matter Description | Client Sort | Initials | Units | Price | Ext Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 151455 | 10/14/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | AJC | 1.2 | $300.00 | $ 360.00 | Prepare for and attend hearing. Court grants Motion to Compel. |
| 151441 | 10/03/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | AJC | 1.0 | $300.00 | $ 300.00 | Draft and direct to file Reply to Defendant's Response to Plaintiff's Motion to Compel. |
| 151440 | 10/02/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | AJC | 2.0 | $300.00 | $ 600.00 | Draft Reply to Defendant's Response to Plaintiff's Motion to Compel. |
| 151055 | 09/18/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | AJC | 5.2 | $300.00 | $1,560.00 | Draft and edit Brief in support of Motion to Compel. |
| 151005 | 09/18/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | SMH | 0.4 | $175.00 | $ 70.00 | Review, format, and electronically file A. Chabot drafted Memorandum in Support of Motion to Compel Discovery; update our electronic file regarding the same. |
| 151053 | 09/17/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | AJC | 3.6 | $300.00 | $1,080.00 | Draft Motion to Compel and Proposed Order on Motion to Compel. |
| 151002 | 09/17/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | SMH | 1.1 | $175.00 | $ 192.50 | Review A. Chabot drafted Motion to Compel, along with proposed Order and required Certificate of Good Faith, pursuant to N.D. Ind. L.R. 37-1; format the foregoing for filing electronically with the N.D. of Ind.; receive final review and approval from A. Chabot to proceed with filing of the same; electronically file Motion to Compel, along with proposed Order, required Certificate of Good Faith, and prepared Notice to the Court; draft and send email to Judge with Word copy of proposed Order. |
| 151051 | 09/16/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | AJC | 0.5 | $300.00 | $ 150.00 | Draft Motion to Compel discovery responses. |
| 151600 | 09/16/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | AJC | 1.1 | $300.00 | $330.00 | Draft Rule 37 sanctions certification of attorneys' fees and verify the dates and information of non-responsiveness that led up to the filing of the instant motion; discuss the certification of fees with M. Marston to finalize the filing of the certification of attorneys' fees. |
| 151599 | 09/16/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | MDM | 0.6 | $365 | $219.00 | Discuss details of the motion for sanctions with A. Chabot and applicable portions of Fed. R. Civ. P. 37 that apply to the circumstances to finalize the motion for filing. |
| 151601 | 11/07/2025 | 3551-002 | Damaged Sprinkler System | JME Eash Farms Inc. | SMH | 0.5 | $175.00 | $ 87.50 | Review A. Chabot drafted Certificate of Attorneys' Fees; format the Certificate for filing electronically with the N.D. of Ind.; receive final review and approval from M. Marston to proceed with filing of the same; electronically file Certificate of Attorneys', along with Exhibit A; update our electronic file with the particulars of the foregoing. |
| | | | | | | **17.2** | | **$ 4,949.00** | |

Prepared By: KL Prillwitz
Office Manager, MBA
Botkin Hall, LLP
O:\CLIENTS\JME Eash Farms (3551)\002 - Trespass\Pleadings\Certificate of Attorney Fee 11.7.2025\Exhibit A (Attorneys' fees) Eash Farm

11/7/2025